IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL KEATING,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THOMAS McCAHILL, et al.,** | : | **NO. 11-518** |
| **Defendants.** | : | |

### O R D E R

**AND NOW,** this 28th day of June, 2012, upon consideration of the submissions of the parties relating to Plaintiff Daniel Keating's request that the Court conduct an *in camera* review of certain documents on Defendants' privilege log to determine whether the communications at issue are shielded from disclosure by the attorney-client privilege and/or the work product doctrine, it is hereby **ORDERED** that the twenty-four (24) documents that Equisoft has produced in redacted form on the basis of attorney-client privilege and/or the work product doctrine may remain redacted as presented to the Court, but Equisoft shall produce Document 253 in redacted form pursuant to the Court's accompanying Memorandum.

It is so **ORDERED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge