IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL KEATING, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EQUISOFT, INC., et al., | : | NO. 11-0518 |
| Defendants. | : | |

## O R D E R

AND NOW, this 21st day of August, 2014, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 48), Mr. Keating's Response (Doc. Nos. 54, 56), Defendants' Reply (Doc. No. 58), and Defendants' Supplemental Memorandum on the Choice of Law (Doc. No. 59), as well as the representations of counsel at the January 22, 2013 Oral Argument, it is hereby ORDERED that the Defendants' Motion is GRANTED. The Clerk of Court shall mark this CASE CLOSED for all purposes, including statistics.

It is so ORDERED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE